JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOHN CHRISTOPHER BROWN,<br><br>Petitioner,<br><br>v.<br><br>JOSIE GASTELO,<br><br>Respondent. | Case No. CV 20-02051-FLA (MAR)<br><br>**JUDGMENT** |

Pursuant to the Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that this action is dismissed.

Date: April 1, 2021

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge