UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHRISTOPHER BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JOSIE GASTELO,<br><br>　　　　　Respondent. | Case No. 2:20-cv-02051-FLA (MAR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: June 6, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge